**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   15-cr-00327-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MIGUEL GARCIA-CASALES,

      Defendant.

**ORDER**

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 9, 2015,

**IT IS ORDERED** that Defendant Miguel Garcia-Casales is sentenced to **time served**.

Dated:  December 9, 2015

                                    BY THE COURT:

                                    s/ Robert E. Blackburn
                                    ROBERT E. BLACKBURN,
                                    UNITED STATES DISTRICT JUDGE